# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NEXT GENERATION SPORTS
SURFACES, LLC

VERSUS

R.S BERNARD AND ASSOCIATES,
INC. AND MERCHANTS NATIONAL
BONDING, INC.

NO.  2023 CW 0323

**MAY 25, 2023**

---

In Re:     Next Generation Sports Surfaces, LLC, applying for
           supervisory writs, 19th Judicial District Court,
           Parish of East Baton Rouge, No. 715278.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

    **WRIT DENIED.**    The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT